**SO ORDERED.**

**DONE and SIGNED May 21, 2019.**



_____
**JOHN S. HODGE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| IN RE: | § | Case Number: 12-12868 |
|---|---|---|
| | § | |
| Ashley Nicole Summage | § | Chapter 13 |
| | § | |
| Debtor | § | |

## Order

  Before the Court is a Petition for Payment of Unclaimed Funds filed by Glay H. Collier, II (the "**Petition**") seeking the disbursement of unclaimed funds to himself rather than the limited liability company to which such funds are owed.

  Pursuant to the provisions of 28 U.S.C. §§ 2041 and 2042, and for the reasons set forth in the Memorandum Ruling issued on this same date, the relief requested by the Petition is hereby **DENIED**.

###